**Frederick L. PITCHFORD, Appellant,**

v.

**SOUTHLAND GAMING AND RACING; Barry Baldwin; Therrin Protze; Troy Keeping, Appellees.**

No. 08–3340.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 23, 2009.

Filed: Oct. 5, 2009.

Frederick L. Pitchford, Earle, AR, pro se.

Jane A. Kim, Wright & Lindsey, Little Rock, AR, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Frederick Lee Pitchford appeals the district court's [1] dismissal of his employment discrimination complaint. Pitchford's only argument in his brief on appeal is that the

---

[1] The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

district court lacked jurisdiction to rule on the motion to dismiss, because he failed to pay the filing fee below. This argument fails. *See Rodgers ex rel. Jones v. Bowen,* 790 F.2d 1550, 1552 (11th Cir.1986) (noting that court had expressly rejected theory that timely payment of filing fee is jurisdictional requirement).

Accordingly, we affirm. We also deny the pending motion to vacate.